UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,   Criminal No. 95-81157

    Plaintiff,   Civil Action No. 01-72319

vs.   HON. BERNARD A. FRIEDMAN

RONNIE HOLMES,

    Defendant.
_____/

### ORDER DENYING DEFENDANT'S RULE 60(b)(3) MOTION

Defendant has filed a motion for relief from judgment pursuant to Fed. R. Civ. P. 60(b)(3). Defendant pled guilty to bank robbery and was sentenced in July 1999. The court of appeals affirmed in April 2001. Defendant filed a § 2255 motion, claiming among other things ineffective assistance of counsel, in June 2001, and the court denied the motion in November 2001.

The instant motion again claims ineffective assistance of counsel. As the court has already decided this issue against defendant, the instant motion is an untimely motion for reconsideration or an improper second or successive § 2255 motion. In any event, the instant motion is untimely under Rule 60(b), which requires (b)(1), (b)(2), and (b)(3) motions to be filed within one year of the judgment. Defendant has missed this filing deadline by nearly six years. Accordingly,

IT IS ORDERED that defendant's Rule 60(b)(3) motion [docket entry 98] is denied.

                                              s/Bernard A. Friedman
Dated: May 15, 2006                     BERNARD A. FRIEDMAN
  Detroit, Michigan           CHIEF UNITED STATES DISTRICT JUDGE

**I hereby certify that a copy of the foregoing document
was served this date upon counsel of record
electronically and/or via first-class mail.**

      **/s/ Patricia Foster Hommel**
        **Patricia Foster Hommel
  Secretary to Chief Judge Friedman**